On return to remand, the circuit court for Shelby County conducted a hearing on Harmon's petition for a writ of error coram nobis. The proceedings were delayed by virtue of the fact that Harmon filed a civil suit in federal court against the district attorney and his chief assistant, which resulted in their recusing themselves from this case. Testimony was taken and memoranda of law were filed with the court. The court went through the lengthy history of Harmon's convictions, appeals, pleas, and sentences. The court then made a finding of fact which stated, in part, as follows:
 "No . . . newly discovered evidence was presented to persuade the court that the three felony offenses for which petitioner was sentenced were other than *Page 777 
separate transactions at the time of commission.
". . .
 "All other matters raised by the petitioner or the evidence were considered by the court and found to be without merit. . . ."
The court then denied the petition.
We have reviewed the arguments of petitioner and the reply of the state. This coram nobis petition essentially raises one issue and that, a purely legal one. What the petitioner argues is simply not the law, a point which has been established by earlier proceedings herein. We are convinced that the petition for writ of error coram nobis is not well taken and the trial court's denial of the writ is affirmed.
AFFIRMED.
All the Judges concur.